**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

CHARLENE D. WILKERSON,

      Plaintiff,

    v.

THE HANOVER INSURANCE GROUP,
INC., and HELMSMAN MANAGEMENT
SERVICES, LLC,

      Defendants.

CIVIL ACTION NO.: 4:26-cv-017

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's May 6, 2026, Report and Recommendation, (doc. 8), to which Plaintiff did not object. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 8.) Plaintiff's Complaint is **DISMISSED**. (Doc. 1.) Her Motions for Leave to Proceed in forma pauperis are **DISMISSED** as moot. (Docs. 2 & 7.) The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 29th day of May, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA